```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Franky Morales

           Plaintiff,           Civil No.: 1:18-cv-09596-GHW

  - against –

Commissioner of Social Security,
           Defendant.
------------------------------------------------------------X

# **ORDER**

The Court, having considered Plaintiff's Motion for Fees pursuant to 42 U.S.C. § 406(b)(1) and all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney fees in the net amount of $12,370.25, which represents 25% of Plaintiff's retroactive benefits be **GRANTED**. ,

Dated:  December 23, 2020

                                                Honorable Gregory H. Woods
                                                United States District Judge